Robert D. Wilkinson #100478
BAKER, MANOCK & JENSEN
5260 North Palm Avenue, Suite 421
Fresno, California 93704

(559) 432-5400

FILED

'05 NOV -1 P 3:01

CLERK, US DIST COURT
            CALIF

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| | 1:05-CR-00384 AWI |
| v. Plaintiff(s) | |
| JOEL FERNANDEZ and ANTONIA SANCHEZ MOLINA | SUBSTITUTION OF ATTORNEY |
| Defendant(s) | |

ANTONIA SANCHEZ MOLINA    [ ] Plaintiff [X] Defendant [ ] Other _____
*Name of Party*

hereby substitutes Robert D. Wilkinson _____ who is

[ ] Retained Counsel [X] Court Appointed Counsel [ ] Pro Per    5260 North Palm Avenue, Suite 421
*Street Address*

Fresno, California 93704    (559) 432-5400    (559) 432-5620    100478
*City, State, Zip Code*    *Telephone Number*    *Facsimile Number*    *State Bar Number*

as attorney of record in the place and stead of David A. Torres
*Present Attorney*

Dated: 10/31/05                    /s/ Antonia Sanchez Molina
                                   *Signature of Party*
                                   Antonia Sanchez Molina

I have given proper notice pursuant to Local Rule 83-2.9.2 and further consent to the above substitution.

Dated: 10/25/05                    /s/ David A. Torres
                                   *Signature of Present Attorney*
                                   David A. Torres

I am duly admitted to practice in this District pursuant to Local Rule 83-2.8.

Dated: 10/31/05                    /s/ Robert D. Wilkinson
                                   *Signature of New Attorney*
                                   Robert D. Wilkinson

Substitution of Attorney is hereby [X] Approved. [ ] Denied.

Dated: 11-1-05                     _____
                                   United States District Judge / Magistrate Judge

**NOTICE TO COUNSEL:** *If you are currently enrolled in the Optical Scanning Program and have changed your facsimile number or e-mail address since your enrollment, you must complete an Enrollment/Update Form G-76 to ensure that documents are served at the proper facsimile number or e-mail address. This form, as well as information about the Optical Scanning Program, is available on the Court's website at www.cacd.uscourts.gov.*

**SUBSTITUTION OF ATTORNEY**

G-01 (08/02)                                                                                G01