PROB 35     **ORDER TERMINATING SUPERVISED RELEASE**
**PRIOR TO EXPIRATION DATE**

**UNITED STATES DISTRICT COURT**
**FOR THE**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **Docket Number: 1:05CR00384-002 AWI** |
| ) | |
| **ANTONIA SANCHEZ MOLINA** ) | |
| ) | |

On September 25, 2006, the above-named was placed on Supervised Release for a period of three years. She has complied with the rules and regulations of supervision. It is accordingly recommended that she be discharged from supervision.

Respectfully submitted,

/s/ Frank Esquivel

**FRANK ESQUIVEL**
**Senior United States Probation Officer**

Dated:     December 4, 2009
           Bakersfield, California
           FE:dk
           /s/ Thomas A. Burgess
**REVIEWED BY:** _____
           **THOMAS A. BURGESS**
           **Supervising United States Probation Officer**

**Re: Antonia Sanchez MOLINA
Docket Number: 1:05CR00384-002 AWI
ORDER TERMINATING SUPERVISED RELEASE
<u>PRIOR TO EXPIRATION DATE</u>**

## ORDER OF COURT

It is ordered that the supervised releasee be discharged from supervised releasee, and that the proceedings in the case be terminated.

IT IS SO ORDERED.

**Dated:** <u>December 8, 2009</u>    <u>     /s/ Anthony W. Ishii     </u>
                                                CHIEF UNITED STATES DISTRICT JUDGE